Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 26, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00354-CV

____________

 

ST. PAUL MERCURY INSURANCE COMPANY, Appellant

 

V.

 

LEWIS-QUINN CONSTRUCTION SERVICES, INC., ET AL,
Appellees

 



 

On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 2008-26123

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 21, 2011.  On May 20, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Jamison, and
McCally.